# UNITED STATES DISTRICT COURT

# DISTRICT OF MONTANA

# HELENA DIVISION

| | | |
|---|---|---|
| Lloyd Maier, | ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | ) | |
| v. | ) | CV 12-28-H-DLC-RKS |
| Mike Ferriter, et al., | ) | |
| Defendants. | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED
that this action is DISMISSED.

Dated this 20th day of December, 2012.

TYLER P. GILMAN, CLERK

By: /s/ T.A. Gesh
Deputy Clerk